1  CAROL C. LAM
   United States Attorney
2  REBEKAH W. YOUNG
   Assistant United States Attorney
3  California State Bar No. 214859
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-7179
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

```
FILED

JAN - 4 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

8
9                  UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA

                                              07CR 0032 - WQH
11  UNITED STATES OF AMERICA,        )   Magistrate Case No. 06MJ2310
                                     )
12                       Plaintiff,  )
                                     )
13          v.                       )   **STIPULATION OF FACT AND JOINT**
                                     )   **MOTION FOR RELEASE OF**
                                     )   **MATERIAL WITNESS(ES) AND**
14  FERNANDO RODRIGUEZ-GALVAN,       )   **ORDER THEREON**
                                     )
15                       Defendant.  )
    _____)   **(Pre-Indictment Fast-Track Program)**

16      **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17  OF AMERICA, by and through its counsel, Carol C. Lam, United States Attorney, and

18  Rebekah W. Young, Assistant United States Attorney, and defendant FERNANDO

19  RODRIGUEZ-GALVAN, by and through and with the advice and consent of defense counsel,

20  James Winston Gleave, Esq., that:

21      1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

22  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

23  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

24  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

25  of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

26  § 1324(a)(1)(A)(i) and (v)(II).

27  //

28  //

1      2.     Defendant acknowledges receipt of a plea agreement in this case and agrees to

2 provide the signed, original plea agreement to the Government not later than five business days

3 before the disposition date set by the Court.

4      3.     Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5 before **January 17, 2007.**

6      4.     The material witnesses, Juan Jimenez-Guzman, Jose Antonio Alvaro-Lopez and

7 Edgar Gaona-Leiva, in this case:

8           a.     Are aliens with no lawful right to enter or remain in the United States;

9           b.     Entered or attempted to enter the United States illegally on or about

10 December 14, 2006;

11           c.     Were found in rural terrain near the international border with Mexico and

12 were being guided by defendant, and defendant knew of the fact that they were aliens with no lawful

13 right to enter or remain in the United States;

14           d.     Were paying unknown amounts-$1,000 to defendant to be brought into the

15 United States illegally and/or transported illegally to their destination therein; and,

16           e.     May be released and remanded immediately to the Department of Homeland

17 Security for return to their country of origin.

18      5.     After the material witnesses are ordered released by the Court pursuant to this

19 stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

20 reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

21 including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

22           a.     The stipulated facts set forth in paragraph 4 above shall be admitted as

23 substantive evidence;

24           b.     The United States may elicit hearsay testimony from arresting agents

25 regarding any statements made by the material witness(es) provided in discovery, and such testimony

26 shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

27 of (an) unavailable witness(es); and,

28
Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Fernando Rodriguez-Galvan       2       06MJ2310

1        c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2   "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3   and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4   waives the right to confront and cross-examine the material witness(es) in this case.

5        6.    By signing this stipulation and joint motion, defendant certifies that defendant has

6   read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

7   further that defendant has discussed the terms of this stipulation and joint motion with defense

8   counsel and fully understands its meaning and effect.

9       Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10  immediate release and remand of the above-named material witness(es) to the Department of

11  Homeland Security for return to their country of origin.

12      It is STIPULATED AND AGREED this date.

13                      Respectfully submitted,

14                      CAROL C. LAM
                                 United States Attorney

15

16  Dated: _1/4/07_ .

17                      REBEKAH W. YOUNG
                      Assistant United States Attorney

18

19  Dated: _12/22/06_

20                      JAMES WINSTON GLEAVE
                      Defense Counsel for RODRIGUEZ-GALVAN

21  Dated: _12-22-06_ .

22                      FERNANDO RODRIGUEZ-GALVAN
                      Defendant

23  *Joint Motion read*

24  *to defendant in Spanish.*

25  *Nelli Yg 12-22-06*

26

27

28  Stipulation of Fact and Joint Motion for Release of
    Material Witness(es) And Order Thereon in
    United States v. Fernando Rodriguez-Galvan        3          06MJ2310

1                          **O R D E R**

2       Upon joint application and motion of the parties, and for good cause shown,

3       **THE STIPULATION** is admitted into evidence, and,

4       **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5  forthwith to the Department of Homeland Security for return to their country of origin.

6    **SO ORDERED.**

7    Dated: _1/4/07_.                  United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Fernando Rodriguez-Galvan    4    06MJ2310

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED 2007 JAN -4 P 3:33

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| Plaintiff | ) | CRIMINAL NO. 06mj 2310 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Fernando Rodriguez-Galvan | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, LOUISA S. PORTER

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court)

JUAN JIMENEZ-GUZMAN

DATED: 1/4/07

LOUISA S. PORTER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                    ☆ U.S. GPO: 2003-581-774/70082